UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NICHOLAS FRANZE & GEORGE
SCHRUFFER, JR., on behalf of themselves and
all other employees similarly situated,
                               Plaintiffs,

              -against-

BIMBO FOODS BAKERIES DISTRIBUTION
LLC, F/K/A BIMBO FOODS BAKERIES
DISTRIBUTION, INC., F/K/A GEORGE
WESTON BAKERIES DISTRIBUTION, INC.,
and BIMBO BAKERIES USA, INC.,
                              Defendants.
-----------------------------------------------------------X

17 CIVIL 3556 (NSR)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 2, 2019, Defendants' motion for summary judgment is granted; judgment is entered in favor of the Defendants'; Defendants' motion for reconsideration is moot; accordingly, the case is closed.

**Dated:** New York, New York

      July 10, 2019

                                                      RUBY J. KRAJICK
                                                       Clerk of Court

BY:
                                                       Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 7/10/2019