UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS FRANZE & GEORGE SCHRUFER, JR., INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiffs,<br><br>v.<br><br>BIMBO FOODS BAKERIES DISTRIBUTION, LLC and BIMBO BAKERIES USA,<br><br>            Defendants. | **NOTICE OF APPEAL**<br><br>Case No. 7:17-cv-03556-NSR-JCM |

Notice is hereby given that Plaintiffs Nicholas Franze and George Schrufer, Jr., individually, and on behalf of all others similarly situated ("Plaintiffs") hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered July 10, 2019, granting Defendants' Motion for Summary Judgment (the "Order"). This appeal is taken from each and every part of the Order.

Dated: Chestnut Ridge, New York
       July 23, 2019

                                        Respectfully submitted,

                                        _____
                                        Randy J. Perlmutter, Esq.
                                        KANTROWITZ, GOLDHAMER
                                        & GRAIFMAN, P.C.
                                        747 Chestnut Ridge Road, Suite 200
                                        Chestnut Ridge, New York 10977
                                        Tel: 845.356.2570
                                        Fax: 845.356.4335
                                        rperlmutter@kgglaw.com

                                        *Attorneys for Plaintiffs*